UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        :
VANESSA JIMENEZ,        :
        :
        Plaintiff,    :
        :    22-CV-4306 (VSB)
    -against-    :
        :    **ORDER**
TOBI.COM, LLC,    :
        :
        Defendant.    :
        :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 25, 2022, (Doc. 1), and filed an affidavit of service on June 20, 2022, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was June 30, 2022.  (*See id.*)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 15, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 1, 2022
        New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge