UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
VANESSA JIMENEZ, :
                    Plaintiff, :
:
        -against- : 22-cv-4306 (VSB)
:
TOBI.COM, LLC, : **ORDER**
:
                  Defendant. :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the Clerk's Certificate of Default as to Defendant Tobi.com, LLC dated October 7, 2022, (Doc. 18), and the affirmation of Edward Y. Kroub, (Doc. 17). Plaintiff failed to file an Order to Show Cause and the supporting materials pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases. It is hereby:

      ORDERED that, pursuant to Rule 4.H. and Attachment A of my Individual Rules & Practices in Civil Cases, Plaintiff is directed to file an Order to Show Cause and the supporting materials on or before October 27, 2022. Failure to do so will result in dismissal of the claims against the defaulting Defendants pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 20, 2022
       New York, New York

                                                               Vernon S. Broderick
                                                                United States District Judge